United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1125MN

_____

Home Federal Savings Bank, a savings   *
bank organized under the laws of the   *
United States, formerly known as Home   *
Federal Savings & Loan,   *
  *
      Appellant,   *
  *  Appeal from the United States
    v.   *  District Court for the District
  *  of Minnesota.
American Bank National Association, a   *
bank organized under the laws of the   *  [UNPUBLISHED]
United States, formerly known as   *
American National Bank and Trust   *
Company,   *
  *
      Appellee.   *

_____

Submitted:  October 22, 1997
Filed:  October 30, 1997

_____

Before FAGG, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Home Federal Savings Bank appeals an adverse grant of summary judgment in this diversity action.  After de novo review, we are satisfied the district court correctly applied state law and the record supports the district court's ruling.  Because a

comprehensive opinion in this diversity case would lack precedential value, we affirm for the reasons set forth in the district court's well-reasoned opinion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.